IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:25-cv-00007-M

| | |
|---|---|
| SONYA MEADE-SETTLES, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| TRANS UNION LLC, | ) |
| Defendant. | ) |

This matter comes before the court on the parties' joint Motion for Voluntary Dismissal with Prejudice as to Defendant Trans Union LLC Only [DE 28]. The parties seek dismissal of the action against Trans Union stating, "This motion shall have no effect on Plaintiff's claims against any other parties in the litigation." *Id.* However, the only other named Defendant in this action was Experian Information Solutions, Inc., which was dismissed by stipulation of the parties on April 17, 2025 (DE 20).

Accordingly, the motion is GRANTED IN PART AND DENIED IN PART as follows. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff's claims against Trans Union LLC are DISMISSED WITH PREJUDICE. The Clerk of the Court shall close this case.

SO ORDERED this 13th day of August, 2025.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE